In the Matter of NORMAN J. BRABSON, Appellant, against JOHN A. LYONS, as Commissioner of Correction of the State of New York, et al., Respondents.

Submitted October 18, 1948; decided October 21, 1948.

*Norman J. Brabson,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr.,* of counsel), opposed.

Motion dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.